**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**DENNIS SEARS (#74681)**                                                           **CIVIL ACTION**

**VERSUS**

**KATHLEEN B. BLANCO, ET AL.**                                             **NO. 06-0694-BAJ-DLD**

**O R D E R**

In the plaintiff's unsworn Amended Complaint, rec.doc.no. 33, he suggests that he submitted applications for clemency to the Louisiana Pardon Board in 1977, 1978, 1980, 1981, 1985, 1987, 1995 and 2005.[1] These dates are inconsistent in several respects with the affidavit of Eileen McCarroll, attachment to rec.doc.no. 63, wherein the affiant attests that the Pardon Board received applications for clemency from the plaintiff in January, 1977, February, 1978, August, 1979, March, 1985, February, 1993, and November, 2007. Accordingly,

**IT IS ORDERED** that, within twenty (20) days of the date of this Order, the plaintiff shall file with the Court, and send to the defendants' attorney, documents in his possession which reflect that he submitted applications for clemency to the Louisiana Pardon Board in 1977, 1978, 1980, 1981, 1985, 1987, 1995 and 2005, together with copies of any documents reflecting the Pardon Board's action on such applications.

**IT IS FURTHER ORDERED** that, within twenty (20) days of the date of this Order, the defendants shall file with the Court, and send to the plaintiff, certified copies of the plaintiff's applications for clemency filed in January, 1977, February, 1978, August, 1979, March, 1985, February, 1993, and November, 2007, together with any other applications for clemency which the defendants may be able to locate and which may have been submitted by the plaintiff to the Pardon

---

[1] Although the plaintiff does not provide the dates upon which he allegedly submitted his applications to the Pardon Board, the Court has gleaned the respective dates from assertions in the Amended Complaint that he submitted such applications within a specified time after action was taken by the Pardon Board in connection with prior applications, e.g., "one year later", "two years later", "eight years later", etc.

Board, together with copies of any documents reflecting the Pardon Board's action on such applications.

Signed in Baton Rouge, Louisiana, on September 30, 2010.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**