UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DENNIS SEARS (#74681)   CIVIL ACTION

VERSUS

KATHLEEN B. BLANCO, ET AL   NO. 06-694-BAJ-DLD

**RULING**

The Court, having carefully considered the complaint, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated February 10, 2011 (doc. 68), and the objection filed by plaintiff (doc. 69), hereby approves the Report and Recommendation of the Magistrate Judge and adopts it as the Court's opinion herein.

Accordingly, the Motion for Summary Judgment (doc. 63) filed by defendants, Bobby Jindal, Larry Clark, Eugene "Pop" Hathaway, Clement LaFleur, Jr., Kenneth A. Jones, and Henry W. "Tank" Powell, is hereby **GRANTED**, and for the reasons provided in the Report and Recommendation of February 10, 2011 (doc. 68): (1) the Court finds that all claims asserted against defendants, Kathleen B. Blanco, Richard Stalder, and Ronald Cox were dismissed upon plaintiff's filing of the Amended Complaint of March 10, 2009 (doc. 33); (2) plaintiff's federal claims against Bobby Jindal, Larry Clark, Eugene "Pop" Hathaway, Clement Lafleur, Jr., Kenneth A. Jones, and Henry W. "Tank" Powell, shall be dismissed with prejudice; (3) plaintiff's federal

claims against defendants, Burl Cain, and James M. Leblanc, shall be dismissed as legally frivolous pursuant to 28 U.S.C. § 1915(e); (4) the Court declines to exercise supplemental jurisdiction over plaintiff's remaining state law claims; and (5) the action shall be dismissed.

Baton Rouge, Louisiana, March 2, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA